| | |
|---|---|
| 1 | MATTHEW J. BLASCHKE (State Bar No. 281938) |
| | *mblaschke@kslaw.com* |
| 2 | **KING & SPALDING LLP** |
| | 50 California Street Suite 3300 |
| 3 | San Francisco, CA  94111 |
| | Telephone:    (415) 318-1212 |
| 4 | Facsimile:     (415) 318-1300 |
| 5 | DAVID L. BALSER (*pro hac vice forthcoming*) |
| | *dbalser@kslaw.com* |
| 6 | S. STEWART HASKINS II (*pro hac vice forthcoming*) |
| | *shaskins@kslaw.com* |
| 7 | **KING & SPALDING LLP** |
| | 1180 Peachtree Street, N.E. |
| 8 | Atlanta, GA 30309 |
| | Telephone:    (404) 572-4600 |
| 9 | Facsimile:     (404) 572-5100 |
| 10 | Counsel for Capital One Defendants |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| RONEY MIRANDA and ALAIN MICHAEL, on behalf of themselves and all others similarly situated, | Case No. 4:21-cv-08580-DMR |
| | **CAPITAL ONE DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |
| Plaintiffs, | |
| v. | |
| CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE BANK (USA), N.A., CAPITAL ONE, N.A., AMAZON.COM, Inc., and AMAZON WEB SERVICES, Inc. | |
| Defendants. | |

1    Pursuant to Civil Local Rule 3-13 of the United States District Court for the Northern District of California, defendants CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE BANK (USA), N.A., CAPITAL ONE, N.A. ("Capital One") advise the Court that the instant action involves all or a material part of the same subject matter and parties as the other action pending before the Honorable Anthony J. Trenga in the Eastern District of Virginia. Those other actions are combined in Multi-District Litigation captioned *In Re: Capital One Consumer Data Security Breach Litigation*, No. 1:19-md-2915 (E.D. Va.) ("*In re Capital One*").

Both the *Miranda* Action and *In re Capital One* relate to the cyber incident that Capital One announced on July 29, 2019 (the "Cyber Incident"). The claims and allegations in the *Miranda* Action are similar to those asserted in the cases already consolidated in the *In re Capital One* MDL. In fact, the *Miranda* Plaintiffs specifically state that the claims asserted in the *Miranda* Complaint are "substantively identical" to the claims asserted in the *In re Capital One* MDL. *See Miranda* Complaint ¶ 7. Like the representative class action complaint in *In re Capital One*, the *Miranda* Complaint asserts claims for negligence, negligence *per se*, unjust enrichment, declaratory judgment, breach of confidence, breach of contract, breach of implied contract, violations of California's Unfair Competition Law (Cal. Bus. & Prof. Code §§ 17200, *et seq*.), and violations of California's Consumer Legal Remedies Act (Cal. Civ. Code §§ 1750, *et seq*.). *See id.* ¶¶ 151-244. All of these claims arise out of and relate to the Cyber Incident, in which a criminal hacker stole consumer data stored in Capital One's cloud environment. *See generally* JPML Transfer Order, 396 F. Supp. 3d 1364, 1365 (J.P.M.L. 2019) (finding centralization of related actions under 28 U.S.C. § 1407 warranted where all "actions arise from the same data security breach" and "all allege that Capital One failed" to use "reasonable data protections"). Further, the putative MDL class definition encompasses the *Miranda* Plaintiffs. Accordingly, the *Miranda* Action qualifies as a potential tag-along action under JPML Rule 1.1(h) and should be transferred to the *In re Capital One* MDL.

Defendants contend that transfer of the instant action to *In Re Capital One*, in the United States District Court for the Eastern District of Virginia, should be effected pursuant to 28 U.S.C. § 1407, and Defendants filed a Notice of Tag-Along with the JPML on November 4, 2021. The JPML issued a Conditional Transfer Order on November 5, 2021. Transfer here will avoid conflicts, conserve

resources, and promote an efficient determination of this action.

Dated: November 5, 2021

Respectfully submitted,

KING & SPALDING LLP

By: /s/ Matthew J. Blaschke
MATTHEW J. BLASCHKE

DAVID L. BALSER (*pro hac vice forthcoming*)
S. STEWART HASKINS II (*pro hac vice forthcoming*)

*Counsel for Capital One Defendants*